# Court of Appeals
# of the State of Georgia

ATLANTA, __November 05, 2012__

*The Court of Appeals hereby passes the following order:*

**A13A0186.  MARTHA OVIEDO v. MARTHA SANCHEZ, et al.**

On July 17, 2012, Martha Oviedo filed a notice of appeal from the trial court's May 8, 2012, order granting summary judgment to Martha Sanchez, Clementina Lojano, Pedro Yupari, and Neat & Clean, Inc.  We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Oveido filed her notice of appeal 70 days after the trial court entered its order, the appeal is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/05/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*